CLOSED

**U.S. District Court**
**Western District of Tennessee (Memphis)**
**CIVIL DOCKET FOR CASE #: 2:06-cv-02087-JPM-tmp**
**Internal Use Only**

06-507 C

Davis v. Harvey
Assigned to: Jon Phipps McCalla
Referred to: Tu M. Pham
Cause: 28:2201 Declaratory Judgement

Date Filed: 02/09/2006
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Eugene Davis**

represented by **Earle J. Schwarz**
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103
901-525-1322
Fax: 901-525-2389
Email: eschwarz@glankler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip L. Davidson**
LAW OFFICE OF PHILLIP L. DAVIDSON
2400 Crestmoor Road
Ste. 107
Nashville, TN 37215
615-385-7115
Fax: 615-331-9766
Email: phillipldavidson@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Hon. Francis J Harvey**
*Secretary of the United States Army*

represented by **Monica M. Simmons**
U.S. ATTORNEY'S OFFICE
167 North Main Street
Suite 800
Memphis, TN 38103
901-544-4231
Fax: 901-544-4230

CERTIFIED TRUE COPY
THOMAS M. GOULD, CLERK
BY [signature]
DEPUTY CLERK

Email: monica.simmons@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harriett M. Halmon**
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103
901-544-4231
Fax: 901-544-0854
Email: Harriett.Halmon@usdoj.gov
*TERMINATED: 06/13/2006*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/09/2006 | 1 | COMPLAINT against Francis J Harvey (Filing fee $ 250.00 PAID RECPT#M99901) , filed by Eugene Davis. (Attachments: # 1 Civil Cover Sheet)(fsh, ). (Entered: 02/09/2006) |
| 02/28/2006 | | Summons Issued as to Francis J Harvey,United States Attorney, Alber Gonzales, United States Attorney General. (fsh, ) (Entered: 02/28/2006) |
| 05/02/2006 | 2 | MOTION to Dismiss by Francis J Harvey. (Attachments: # 1 Memorandum in Suppport of Motion to Dismiss)(Halmon, Harriett) (Entered: 05/02/2006) |
| 05/31/2006 | 3 | MOTION for Extension of Time to File Response/Reply as to 2 MOTION to Dismiss *(proposed Order submitted)* by Eugene Davis. (Schwarz, Earle) (Entered: 05/31/2006) |
| 05/31/2006 | 4 | ORDER granting 3 Motion for Enlargement of Time to Respond to 2 MOTION to Dismiss. Plaintiff's Response to the Motion to Dismiss is due by 6/23/2006. Signed by Judge Jon Phipps McCalla on 5/31/06. (McCalla, Jon) [No written order attached] (Entered: 05/31/2006) |
| 06/09/2006 | 5 | SETTING LETTER: Scheduling Conference set for 7/20/2006 09:45 AM in Courtroom 6 - Memphis before Tu M. Pham. (bdg, ) (Entered: 06/09/2006) |
| 06/13/2006 | 6 | NOTICE of Appearance by Monica M. Simmons on behalf of Francis J Harvey (Simmons, Monica) (Entered: 06/13/2006) |
| 06/13/2006 | | *** Attorney Harriett M. Halmon terminated. (jae, ) (Entered: 06/14/2006) |
| 06/15/2006 | 7 | MOTION to Amend/Correct by Eugene Davis. (Davidson, Phillip) (Entered: 06/15/2006) |
| 06/15/2006 | 8 | AMENDED COMPLAINT against Francis J Harvey, filed by Eugene Davis. (Davidson, Phillip) (Entered: 06/15/2006) |

| | | |
|---|---|---|
| 06/15/2006 | 9 | MOTION Transfer to Court of Claims by Eugene Davis. (Davidson, Phillip) (Entered: 06/15/2006) |
| 06/16/2006 | 10 | DEFICIENCY NOTICE: Pursuant to Rule 5 of the Federal Rules of Civil Procedure, document 9 MOTION Transfer to Court of Claims filed by Eugene Davis,, 7 MOTION to Amend/Correct filed by Eugene Davis,, 8 Amended Complaint filed by Eugene Davis, has been filed. However, the following deficiency has been found: Filer should have waited until motion to file amended complaint was granted before filing amended complaint. Neither motion to amend,or motion to transfer had certificate of consultations and did not indicate if a proposed order was submitted to chambers email address. The filer has one business day to correct the deficiency. (jae, ) (Entered: 06/16/2006) |
| 06/19/2006 | 11 | Proposed Pretrial Order *proposed agreed order* by Eugene Davis. (Davidson, Phillip) (Entered: 06/19/2006) |
| 06/20/2006 | 12 | DEFICIENCY NOTICE: Pursuant to Rule 5 of the Federal Rules of Civil Procedure, document 11 Proposed Pretrial Order filed by Eugene Davis, has been filed. However, the following deficiency has been found: Proposed documents are not to be published to CM/ECF, but emailed to the Judge. Judges' email address can be found on our website www/tnwd.uscourts.gov. If assistance is needed for future filing, please contact the help desk. No action necessary if proposed order has been sent to judge, otherwise the filer has one business day to correct the deficiency. (jae, ) (Entered: 06/20/2006) |
| 06/21/2006 | 13 | ORDER TRANSFERRING CASE. Signed by Judge Jon Phipps McCalla on 6/21/06. (McCalla, Jon) (Entered: 06/21/2006) |
| 06/21/2006 | | ***Civil Case Terminated. Case transfered to US Court of Claims. Case file, certified Order Transferring Case and certified docket sheet mailed via certified mail # 70040750000422421042 (jae, ) (Entered: 06/22/2006) |