UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

FILED
JUL 10 2006
U.S. COURT OF
FEDERAL CLAIMS

EUGENE DAVIS,

Plaintiff,

v.

HON. FRANCIS J. HARVEY,
Secretary of the United States Army,

Defendant,

06-507 C

Case No. 2:06cv02087

**ORDER TRANSFERRING CASE**

Comes the parties and enter into agreement that the Plaintiffs case should be transferred to the United States Court of Claims.

Accordingly it is so, ORDERED, that this case is hereby transferred to the United States Court of Claims.

Enter this 21st day of June 2006.

/s/ Jon P. McCalla
JON PHIPPS McCALLA
FEDERAL DISTRICT JUDGE

CERTIFIED TRUE COPY
THOMAS M. GOULD, CLERK
BY [signature]
DEPUTY