# In the United States Court of Federal Claims

No. 06-507 C

(Filed September 25, 2006)

* * * * * * * * * * * * * * * * * * 
EUGENE DAVIS, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * *

**ORDER**

On July 12, 2006, the court received the above-referenced matter from the U.S. District Court of the Western District of Tennessee (Memphis). Pursuant to Rule 3.1(a)(2) of the Rules of the United States Court of Federal Claims, plaintiff's transferred Complaint was due to have been filed on or before August 9, 2006. However, it is noted that upon the filing of this case, the Clerk's office noted that plaintiff's attorney, Earle J. Schwarz, Esq., was not admitted before this court's bar and forwarded information to Mr. Schwarz as to how to become a member of this court's bar.

During the week of September 18, 2006, the Clerk's office contacted Mr. Schwarz inquiring as to why he had not submitted his application to be admitted before the court. Mr. Schwarz stated that he was not the attorney of record in the subject matter and that the court should contact Phillip L. Davidson, Esq., who was listed as Of Counsel in the Western District of Tennessee (Memphis) case. At that point, the court telephoned Mr. Davidson, who stated he was the attorney of record in the subject matter. Therefore, the court finds it appropriate to grant plaintiff an additional forty-five days, to and including November 8, 2006, within which to allow plaintiff's counsel time to be admitted before the court, obtain an electronic filing account and file plaintiff's Transferred/Amended Complaint.

Accordingly, it is hereby **ORDERED** that plaintiff's Transferred/Amended Complaint shall be **FILED** on or before **November 8, 2006**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge