**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **EUGENE DAVIS** | **)** | |
| | **)** | |
| **v.** | **)** | **No. 06-507C** |
| | **)** | **Judge Bush** |
| **UNITED STATES OF AMERICA** | **)** | |

**MOTION TO AMEND**

Comes the Plaintiff pursuant to Fed. R. Civ. Pro. Rule 15(a) and request that this Honorable Court allow him to amend his complaint to allege the proper jurisdictional prerequisites. Amendments to complaints should be granted freely, if justice requires. Foman v. Davis, 371 U.S. 178, 83 S.Ct. 227, 9 L. F.2d 222 (1962).

Respectfully submitted,

/s/ Phillip L. Davidson

Phillip L. Davidson, #6466
2400 Crestmoor Road
Suite 107
Nashville, Tennessee 37215
(615) 386-7115

**CERTIFICATE OF SERVICE**

I certify that an exact copy of the foregoing document was served electronically to the Assistant United States Attorney, on this the ____ day of ____________, 2006.

/s/ Phillip L. Davidson

Phillip L. Davidson