**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **EUGENE DAVIS** | **)** | |
| | **)** | |
| **v.** | **)** | **No. 06-507** |
| | **)** | **Judge Bush** |
| **UNITED STATES OF AMERICA** | **)** | |

**MOTION TO ACCEPT LATE FILING**

Comes the Plaintiff, Eugene Davis, and request that this Honorable Court accept the late filed motion to amend and amended complaint (Docket Entry's No. 8 and 9). For grounds the Plaintiff would show:

1. That this Honorable Court allowed up until November 8, 2006, for the filing of the Plaintiff's amended complaint (Docket Entry No. 6).

2. The Plaintiff's counsel of record was not admitted to the Bar of this Court until October 23, 2006. The Plaintiff did not learn of this until November 3, 2006.

3. The Plaintiff's attorney took the CM/ECF Attorney Certification test on November 5, 2006. At that point the notification informed him that he should receive his CM/ECF filing account within 24 hours to include his password.

4. The Plaintiff's attorney did not receive his password until November 20, 2006, which was after the November 8, 2006 time for filing.

The Plaintiff would respectfully request that the Court allow the late filed amended complaint.

Respectfully submitted,

/s/ Phillip L. Davidson
Phillip L. Davidson, #6466
2400 Crestmoor Road
Suite 107
Nashville, Tennessee 37215
(615) 386-7115

**CERTIFICATE OF SERVICE**

I certify that an exact copy of the foregoing document was served electronically to the Assistant United States Attorney, on this the ____ day of ____________, 2006.

/s/ Phillip L. Davidson
Phillip L. Davidson