# In the United States Court of Federal Claims

No. 06-507 C

(Filed December 1, 2006)

* * * * * * * * * * * * * * * * * *
EUGENE DAVIS, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * *

## ORDER

On November 25, 2006, plaintiff filed a Motion to Accept a Late Filing. Plaintiff's amended complaint was due to have been filed on or before November 8, 2006. However, plaintiff's attorney did not receive his CM/ECF password until November 20, 2006. Accordingly, plaintiff requests the court to grant its Motion to Accept plaintiff's Motion to Amend and file its Amended Complaint.

For good cause shown, it is hereby **ORDERED** that plaintiff's Motion to Accept a Late Filing, filed November 25, 2006, is **GRANTED**; plaintiff's Motion to Amend, filed November 21, 2006 is **GRANTED**; plaintiff's **Amended Complaint** shall be considered **FILED** as of the date it was electronically submitted to the court, November 21, 2006; and, defendant's **Answer** to plaintiff's amended complaint shall be **FILED** on or before **January 20, 2007**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge