**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **EUGENE DAVIS** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| **v.** | ) | **No. 06-507C** |
| | ) | **Judge Bush** |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S RESPONSE TO THE DEFENDANT'S MOTION TO DISMISS**

Comes the Plaintiff and submits to the Court his response to the Government's motion to dismiss. In opposition to the said motion, the Plaintiff would show that his case should not be dismissed for lack of subject matter jurisdiction because his complaint was filed within the applicable statute of limitation.

Respectfully submitted,

/s/ Phillip L. Davidson

Phillip L. Davidson, #6466
2400 Crestmoor Road
Suite 107
Nashville, Tennessee 37215
(615) 386-7115

**CERTIFICATE OF SERVICE**

I certify that an exact copy of the foregoing document was served electronically to the following:

Peter D. Keisler
Assistant Attorney General

David M. Cohen
Director

/s/ Donald E. Kinner
Assistant Director

/s/ Richard P. Schroeder
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-7788
Attorneys for the Defendant

Of Counsel:

Major Jerrett Dunlap
United States Army Litigation Division
Military Personnel Branch
901 N. Stuart St., Suite 400
Arlington, VA 22203-1837
Tel: (703) 696-1628
Fax: (703) 696-8126

on this the ____ day of ____________, 2007.

/s/ Phillip L. Davidson
Phillip L. Davidson