IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EUGENE DAVIS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 06-507C |
| v. | ) | Judge Bush |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME**

Defendant, the United States, respectfully requests an enlargement of time of eight days, through and including May 1, 2007, to file the Government's supplemental brief in this case. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that he does not oppose this motion. The grounds for this motion are set forth below.

The Government has worked diligently upon its brief. A number of drafts already have been prepared. However, because of the unique facts of this case, responding to the questions posed by the Court has been far more time consuming than had been anticipated, and has required counsel to review and analyze matters that extend beyond the issues raised in our motion to dismiss. The proposed enlargement will enable counsel to prepare a brief that is responsive to the questions raised by the Court, submit the brief for the required internal review, and make any further changes that may be required as a result.

This motion was not filed sooner because it was not until late last week that counsel realized that an enlargement of time would be necessary.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time, through and including May 1, 2007, to file the Government's supplemental brief.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

***s/ Donald E. Kinner***
DONALD E. KINNER
Assistant Director

***s/ Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7788

Attorneys for the Defendant

OF COUNSEL:

MAJOR JERRETT DUNLAP
United States Army Litigation Division
Military Personnel Branch
901 N. Stuart Street, Suite 400
Arlington, VA 22203-1837

Dated: April 23, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 23rd day of April, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder