# In the United States Court of Federal Claims

No. 06-507 C

(April 24, 2007)

* * * * * * * * * * * * * * *

EUGENE DAVIS, *

*Plaintiff,* *

v. *

THE UNITED STATES, *

*Defendant.* *

* * * * * * * * * * * * * * *

## ORDER

On April 23, 2007, defendant filed an unopposed Motion for an Enlargement of Time of eight days, to and including May 1, 2007, within which to file its supplemental brief in the subject matter. Accordingly, it is hereby **ORDERED** that defendant shall **FILE** its sur-reply, on or before **May 1, 2007**, which addresses the issues raised in the court's order of March 30, 2007.

/s/Lynn J. Bush
LYNN J. BUSH
Judge