# In the United States Court of Federal Claims

No. 06-507 C
(May 2, 2007)

* * * * * * * * * * * * * * *
EUGENE DAVIS, *
*
*Plaintiff,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * *

**ORDER**

On May 1, 2007, defendant filed an unopposed Motion for an Enlargement of Time of seven days, to and including May 8, 2007, within which to file its supplemental brief in this case, currently due May 1, 2007. In the motion, counsel for the government indicated that the parties are currently engaged in discussions regarding a potential request to transfer this matter to a United States district court. The court takes this opportunity to encourage the parties to continue those discussions as they relate to the proper forum for plaintiff's claims.

Accordingly, it is hereby **ORDERED** that defendant shall **FILE** a sur-reply, on or before **May 8, 2007**, which addresses the issues raised in the court's order of March 30, 2007, as well as the question of whether a transfer of this suit is the most appropriate resolution in this instance.

/s/Lynn J. Bush
LYNN J. BUSH
Judge