# In the United States Court of Federal Claims

No. 06-507 C

(May 11, 2007)

| | |
|---|---|
| * * * * * * * * * * * * * * | * |
| EUGENE DAVIS, | * |
| | * |
| *Plaintiff,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant.* | * |
| * * * * * * * * * * * * * * | * |

**ORDER**

On May 8, 2007, defendant filed an unopposed Motion for a Stay or, Alternatively, for an Enlargement of Time of ten days, to and including May 18, 2007, within which to file its sur-reply in this matter. Defendant's motion states that plaintiff's counsel has indicated to defendant that he plans to file a motion to transfer this case to the federal district court of Tennessee. Defendant agrees with plaintiff that the district court is the correct forum for this matter. Defendant's motion requests a stay of its pending motion to dismiss and all deadlines associated with its dispositive motion. Absent the court's granting of defendant's motion to stay, defendant seeks a motion of enlargement of time of ten days, to and including May 18, 2007, within which to file its sur-reply in this matter.

Accordingly, it is hereby **ORDERED** that:

(1) Defendant's Motion for a Stay or, Alternatively, for an Enlargement of Time, filed May 8, 2007, is **GRANTED**;

(2) Defendant's Motion to Dismiss, filed January 19, 2007, is **SUSPENDED** pending further order of the court; and

(3) Absent the filing of plaintiff's motion to transfer, on or before **May 25, 2007**, the parties are directed to **FILE** a **Joint Status Report** indicating the status of proceedings in this matter.

/s/Lynn J. Bush
LYNN J. BUSH
Judge