IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EUGENE DAVIS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 06-507C |
| v. | ) | Judge Bush |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME**
**<u>FOR THE PARTIES TO FILE THEIR JOINT STATUS REPORT</u>**

Defendant, the United States, respectfully requests an enlargement of time of seven days, from May 25, 2007, to and including June 1, 2007, for the parties to file their joint status report, in the event that plaintiff does not file a motion to transfer this case back to the district court. We also respectfully request that the Court grant leave for the parties to file a joint motion to transfer, if they are able to agree upon such motion. This is our first request for an enlargement of time for this purpose. For the reasons set forth below, we have been unable to obtain plaintiff's consent to this motion.

Plaintiff has provided the Government with a draft joint motion to transfer the case back to the district court. In response, the Government has advised plaintiff's counsel that it will be proposing changes to the draft joint motion. This would have been done sooner. However, plaintiff's counsel was out of the office and was not available to discuss the Government's proposed changes. The Government believes that an additional week may allow the parties to resolve the language issues in the proposed joint motion to transfer.

With respect to the status report, the Government discussed the status report with plaintiff's counsel on Friday, May 25, 2007. Further, the Government prepared a draft and

forwarded it by facsimile and email to plaintiff's counsel for approval. However, we have been unable to reach plaintiff's counsel to obtain his approval of the status report and have been advised that he will not be back in his office until next week. Therefore, we require an enlargement of time.

**CONCLUSION**

For the foregoing reasons, we respectfully request that the Court grant the parties an additional seven days to submit a joint status report in the event that plaintiff (or the parties) do not file a motion to transfer this case back to the district court.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

***s/ Donald E. Kinner by SJG***
DONALD E. KINNER
Assistant Director

***s/ Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7788

Attorneys for the Defendant

Dated: May 25, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 25th day of May 2007, a copy of the foregoing "**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME FOR THE PARTIES TO FILE THEIR JOINT STATUS REPORT**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder