# In the United States Court of Federal Claims

No. 06-507 C

(May 29, 2007)

```
* * * * * * * * * * * * * *   *
EUGENE DAVIS,                 *
                              *
          Plaintiff,          *
                              *
     v.                       *
                              *
THE UNITED STATES,            *
                              *
          Defendant.          *
* * * * * * * * * * * * * *   *
```

**ORDER**

On May 25, 2007, defendant filed a Motion for an Enlargement of Time of seven days, to and including June 1, 2007, for the parties to file their Joint Status Report. Defendant's motion reports that plaintiff has provided the government with a draft joint motion to transfer the subject matter back to the district court. The government has advised plaintiff's counsel that it will be proposing changes to the draft joint motion. However, government's counsel has not been able to discuss its proposed changes in detail because plaintiff's counsel has been out of the office. Likewise, although defendant discussed the parties' Joint Status Report with plaintiff's counsel, plaintiff's counsel has been unreachable for the government to obtain plaintiff's approval of the status report.

Defendant reports that plaintiff's counsel will not be back in his office until next week. Therefore, defendant requests the court for an enlargement of time of seven days, to and including June 1, 2007, for the parties to file their Joint Status Report.

Accordingly, it is hereby **ORDERED** that absent the filing of a motion to transfer, on or before **June 1, 2007**, the parties are directed to **FILE** a **Joint Status Report** indicating the status of proceedings in this matter.

/s/Lynn J. Bush
LYNN J. BUSH
Judge