**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **EUGENE DAVIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 06-507C** |
| | ) | **Judge Bush** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT MOTION TO TRANSFER CASE**

Comes the Plaintiff and the United States and moves the Court for an order transferring this case back to the Federal District Court in Memphis, Tennessee. For grounds the parties would show that this Court has no jurisdiction because there are no money damages presently due and owing to Plaintiff. The Plaintiff is not yet sixty (60) years old which is the date he would start drawing retirement pay. The United States reserves its right to raise any defenses it may deem appropriate.

Respectfully submitted,

/s/ Phillip L. Davidson
Phillip L. Davidson, #6466
2400 Crestmoor Road
Suite 107
Nashville, Tennessee 37215
(615) 386-7115

/s/ Richard P. Schroeder
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 305-7788
Attorneys for the Defendant