IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EUGENE DAVIS,<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-507C<br>Judge Bush |

**DEFENDANT'S RESPONSE TO MOTION TO TRANSFER**

On June 1, 2007, plaintiff filed a document entitled "Joint Motion to Transfer Case." The document was filed as a result of an apparent misunderstanding. The version filed by plaintiff was a draft that was not formally approved by the Government. Further, it does not contain the correct signature block. In light of the mistaken filing, and in an effort to clarify the Government's position, we submit the following response to plaintiff's filing.

First, we agree that the case should be transferred because there are no money damages presently due and owing to plaintiff. Second, we agree that the Government reserves its right to raise any defenses it may deem appropriate. However, with respect to plaintiff's statement that "[p]laintiff is not yet sixty (60) years old which is the date he would start drawing retirement pay," the issue of whether plaintiff is qualified to draw retirement pay at the age of 60 is not something that has been established. Therefore, by way of clarification, if this matter is transferred, the Government reserves the right to contest plaintiff's contention that he will be entitled to retirement pay at age 60. Further, if this matter is transferred, the Government intends to raise any other defenses that it may deem appropriate, including, but not limited to, any

available defenses relating to issues such as timeliness and any defenses to the merits of plaintiff's claim.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

***s/ Donald E. Kinner***
DONALD E. KINNER
Assistant Director

***s/ Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7788

Attorneys for the Defendant

Dated: June 1, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 1st day of June 2007, a copy of the foregoing "**DEFENDANT'S RESPONSE TO MOTION TO TRANSFER**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder