**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **EUGENE DAVIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 06-507C** |
| | ) | **Judge Bush** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>JOINT MOTION TO TRANSFER</u>**

Plaintiff, Eugene Davis, and the Defendant, United States, respectfully submit this motion for an order transferring this case back to the Federal District Court in Memphis, Tennessee. The parties also respectfully withdraw the previous motion to transfer, filed by Plaintiff on June 1, 2007, and Defendant's response thereto.

The parties agree that this case should be transferred back to the district court upon the ground that this Court lacks jurisdiction because there are no money damages presently due and owing to Plaintiff. The Plaintiff is not yet sixty (60) years old, which is the date that Plaintiff claims he would start drawing retirement pay. In that regard, the Government states that, if this matter is transferred, it reserves the right to contest Plaintiff's contention that he will be entitled to retirement pay at age 60. Further, if this matter is transferred, the Government intends to raise any other defenses that it may deem appropriate, including, but not limited to, any available defenses relating to issues such as timeliness, and any defenses to the merits of Plaintiff's claim.

Respectfully submitted,

/s/ Phillip L. Davidson
Phillip L. Davidson, #6466
2400 Crestmoor Road
Suite 107
Nashville, Tennessee 37215
(615) 386-7115

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Richard P. Schroeder
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-7788

Attorneys for the Defendant

Dated: June 8, 2007