December 4, 2007

Thomas M. Gould
Clerk of Court
242 Federal Building
167 N. Main Street
Memphis, TN 29103

Re: DAVIS v. USA
No. 06-507C

Dear Mr. Gould:

Pursuant to the Order of this court filed on June 14, 2007 the above captioned case has been transferred to your court. Enclosed, please find a certified copy of the transfer order, as well as the docket sheet together with the original documents that compromise the balance of the record.

Please acknowledge receipt of these records by dating and returning the enclosed copy of this letter.

Sincerely,

Mark Busby
Deputy Clerk

Enclosures

cc: Judge Lynn J. Bush
Philip Leon Davidson
Richard Paul Schroeder